Submitted on appellant's brief January 30,
reversed February 12, 1973

STATE OF SOUTH DAKOTA et al, MALLIS,
*Respondents, v.* GREEN, *Appellant.*

505 P2d 1168

VanNatta & Petersen, St. Helens, for appellant.

Robert A. Lucas, District Attorney, St. Helens, for respondent.

Before Schwab, Chief Judge, and Langtry and Fort, Judges.

PER CURIAM.

This is an appeal from an order declaring the defendant to be in contempt of court. The state, appearing through the District Attorney of Columbia County, has confessed error.

Reversed.